[No. 9783–8–III.   Division Three.   December 6, 1990.]

*In the Matter of the Estate of*
HATTIE DENZEL LYONS.

EVELYN LOUISE LYONS, ET AL, *Petitioners,* v. WILLIAM R.
LYONS, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 87–4–00223–1, Robert S. Day, J., entered December 14, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 10182–7–III.   Division Three.   December 6, 1990.]

NICHOLAS R. VESPIER, ET AL, *Respondents,* v. W.R.
SMITH FAMILY, INC., *Defendant,* METROPOLITAN
MORTGAGE AND SECURITIES COMPANY, INC.,
*Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 86–2–01237–8, Carolyn A. Brown, J., entered July 26, 1989. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Shields, J.

[No. 23755–1–I.   Division One.   December 10, 1990.]

FEDERATED AMERICAN INSURANCE COMPANY, *Respondent,* v.
STEVEN CLAUSNITZER, ET AL, *Defendants,*
RICHARD BROADWAY, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–23259–1, Jim Bates, J., entered January 29, 1989. *Reversed* by unpublished opinion per Forrest, J., concurred in by Grosse, A.C.J., and Webster, J.